Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone:   (714) 434-8750
Facsimile:    (714) 434-8756

JS-6

Attorneys for Plaintiff Network Signatures, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DISCOVER FINANCIAL SERVICES, INC.,<br><br>    Defendant. | Case No. SACV 09-00375 JVS (RNBx)<br>Hon. James V. Selna<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

IT IS SO ORDERED:

Good cause being shown, all claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Discover Financial Services, Inc. ("DFS"), are hereby dismissed with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: December 10, 2009

_____
Hon. James V. Selna
United States District Judge

15904.1